# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| TIMMY BURGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV608-021 |
| | ) | |
| MR. JOHNSON, *3rd Shift C.O.,* | ) | |
| *Georgia State Prison*, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On March 24, 2008, plaintiff filed a complaint pursuant to 42 U.S.C. § 1983. (Doc. 1.) Because plaintiff failed to submit the filing fee or a motion to proceed *in forma pauperis*, the Clerk sent him a deficiency notice informing him that failure to pay the filing fee or submit a motion to proceed *in forma pauperis* within twenty days of that notice might result in dismissal of his case. (Doc. 5.)

Because plaintiff failed to submit the filing fee or a motion to proceed *in forma pauperis*, his case should be **DISMISSED** without prejudice for his failure to prosecute this action. Local

Rule 41.1(b) (permitting dismissal for willful disobedience or neglect of any order of the Court); Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962) (courts have inherent authority to dismiss claims for lack of prosecution); Mingo v. Sugar Cane Growers Co-op, 864 F.2d 101, 102 (11th Cir. 1989); Goforth v. Owens, 766 F.2d 1533 (11th Cir. 1985).

**SO REPORTED AND RECOMMENDED** this 14th day of May, 2008.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA